UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No: 05-CR-125-T-30TGW

RALPH EDWARD WILLIAMSON
_____/

**O R D E R**

Upon consideration, it is **ORDERED** that this cause is **TRANSFERRED** to the Honorable Susan Bucklew, with her consent, for all further proceedings.

**DONE** and **ORDERED** in Tampa, Florida on July 1, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel/Parties of Record

F:\Docs\2005\05-cr-125.transfer.wpd